UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ERVIN CADENA-GONZALEZ,
ONIEL OSCAR BROWN-SALGADO
DENIS ANTONIO FLORES-LEON, and
KENNY RICHARD PINEER-SINCLAIR

CASE NO. 8:22-cr-32-MSS-JSS

46 U.S.C. §§ 70503(a) and 70506(a) and (b)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about January 2, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

ERVIN CADENA-GONZALEZ,
ONIEL OSCAR BROWN-SALGADO,
DENIS ANTONIO FLORES-LEON, and
KENNY RICHARD PINEER-SINCLAIR,

did knowingly, willfully, and intentionally combine, conspire, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of 46 U.S.C.

§§ 70503(a), and 70506(a) and (b), and punishable under 21 U.S.C. §§ 960(b)(1)(B)(ii) and 960(b)(1)(G).

## COUNT TWO

Beginning on an unknown date and continuing through on or about January 2, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

ERVIN CADENA-GONZALEZ,
ONIEL OSCAR BROWN-SALGADO,
DENIS ANTONIO FLORES-LEON, and
KENNY RICHARD PINEER-SINCLAIR,

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a), 70506(a), and 18 U.S.C. § 2, and punishable under 21 U.S.C. §§ 960(b)(1)(B)(ii) and 960(b)(1)(G).

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

> ERVIN CADENA-GONZALEZ,
> ONIEL OSCAR BROWN-SALGADO
> DENIS ANTONIO FLORES-LEON, and
> KENNY RICHARD PINEER-SINCLAIR,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

> ERVIN CADENA-GONZALEZ,
> ONIEL OSCAR BROWN-SALGADO
> DENIS ANTONIO FLORES-LEON, and
> KENNY RICHARD PINEER-SINCLAIR,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or,

      e.    has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Matthew J. Del Mastro
Special Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34
January 22                                         No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ERVIN CADENA-GONZALEZ,
ONIEL OSCAR BROWN SALGADO,
DENIS ANTONIO FLORES-LEON, and
KENNY RICHARD PINEER-SINCLAIR

## INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 27th day of January, 2022.

_____
Clerk

Bail $_____

GPO 863 525