UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-32-MSS-JSS

ERVIN CADENA-GONZALEZ,
ONIEL OSCAR BROWN-SALGADO,
DENIS ANTONIO FLORES-LEON, and
KENNY RICHARD PINEER-SINCLAIR

## JOINT STATUS REPORT (APRIL 2022)

The United States of America, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of March 16, 2022, the United States, in consultation with counsel for the defendants, states as follows:

1. **Brief summary of the case's status:**

The four defendants were indicted in a two-count indictment on January 27, 2022. Doc. 1. Count One charges a conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine and one thousand (1,000) kilograms or more of marihuana, while on board a vessel subject to the jurisdiction of the United States. Count Two charges the defendants with possession with intent to distribute five (5) kilograms or more of cocaine and one thousand kilograms (1,000) or more of marihuana while on board a vessel subject to the jurisdiction of the United States. The defendants had their initial appearances in the Southern District of Florida,

and were removed to the Middle District of Florida. Mr. Cadena-Gonzalez and Mr. Pineer-Sinclair were arraigned on March 21, 2022, and pleaded not guilty. Mr. Brown-Salgado and Mr. Flores-Leon waived their right to be present at the arraignment and also entered pleas of not guilty. All defendants are in custody pending trial. Initial discovery was provided on March 10, 2022, and is ongoing.

2. **Possibility of a plea agreement as to each defendant:**

Plea agreements have been offered to the defendants and are under consideration.

3. **Number of days required for trial:**

The United States will require three days to present its case-in-chief.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5. **Potential speedy trial problems:**

No speedy trial problems are anticipated. The defendants have advised that they will be moving to continue the case, which is currently scheduled for the May 2022 trial term.

The United States does not oppose such a continuance.

                            Respectfully submitted,

                            ROGER B. HANDBERG
                            United States Attorney

                    By:   */s/ Matthew J. Del Mastro*
                            Matthew J. Del Mastro
                            Special Assistant United States Attorney
                            USAO No. 203
                            400 N. Tampa Street, Suite 3200
                            Tampa, Florida 33602-4798
                            Telephone:  (813) 274-6000
                            Facsimile:   (813) 274-6358
                            E-mail: Matthew.Del.Mastro@usdoj.gov

U.S. v. Cadena-Gonzalez et al.               Case No. 8:22-cr-32-MSS-JSS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

    Counsel of Record

                                  */s/ Matthew J. Del Mastro*
                                  Matthew J. Del Mastro
                                  Special Assistant United States Attorney
                                  USAO No. 203
                                  400 N. Tampa Street, Suite 3200
                                  Tampa, Florida 33602-4798
                                  Telephone:  (813) 274-6000
                                  Facsimile:   (813) 274-6358
                                  E-mail: Matthew.Del.Mastro@usdoj.gov